AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                 NEW YORK

**APPEARANCE**

Case Number:  07 CIV 9339

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs, Nicholas Longo and Jibin Thomas, On Behalf Of Themselves And All Others Similarly Situated

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/22/2007 | _(signature)_ |
| Date | Signature |
| | Kevin P. Roddy — KR 2359 |
| | Print Name — Bar Number |
| | Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Ctr. Dr. |
| | Address |
| | Woodbridge — NJ — 07095 |
| | City — State — Zip Code |
| | (732) 855-6402 — (732) 726-6686 |
| | Phone Number — Fax Number |