AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Nicholas Longo, et al.

V.

American Honda Motor Company, Inc., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 9339

TO: (Name and address of Defendant)

American Honda Motor Company, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel R. Lapinski
Wilentz, Goldman & Spitzer, P.A.
110 William Street
26th Floor
New York, NY 10038-3901

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 8 2007

CLERK                                                           DATE

(By) DEPUTY CLERK

*Judge Brieant* (stamp)

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT Corporation 111 Eighth Avenue New York, NY 10011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/18/07           Kevin O'Connor
              Date                   Signature of Server

90 Woodbridge Ctr Dr. Woodbridge, NJ 07095
Address of Server

October 18, 2007

Marianne McGuckin
MARIANNE McGUCKIN
Notary Public - State of NJ
My Commission Expires Aug. 1, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.