AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____    District of    _____ New York _____

Nicholas Longo, et al.

**SUMMONS IN A CIVIL ACTION**

V.

American Honda Motor Company, Inc., et al.

CASE NUMBER:

'07 CIV 9339

TO: (Name and address of Defendant)

Michelin North America
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel R. Lapinski
Wilentz, Goldman & Spitzer, P.A.
110 William Street
26th Floor
New York, NY 10038-3901

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

OCT 1 8 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT Corporation 111 Eighth Ave New York, NY 10011

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/18/07___     ___Kevin O'Connor___
Date                                  Signature of Server

___90 Woodbridge Ctr Dr, Woodbridge, NJ 07095___
Address of Server

October 19, 2007.

*Marianne McGuckin*

**MARIANNE McGUCKIN**
Notary Public - State of N.J.
My Commission Expires Aug. 1, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.