UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

NICHOLAS LONGO, et al.,                       :

                                      Case No.: 07-CV-9339 (CLB) (GAY)

                Plaintiffs,          :

        - against -                       :    **NOTICE OF APPEARANCE**

AMERICAN HONDA MOTOR COMPANY, et al., :

                Defendants.      :
------------------------------ x

      TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that my law firm Bryan Cave LLP is entering a notice of appearance on behalf of Defendant Michelin North America, Inc. Henceforth, all papers served in this action should be served upon Bryan Cave LLP to my attention at the address set forth below.

      I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 5, 2007

                                    Yours, etc.

                                    **BRYAN CAVE LLP**

                                    By:  /s/ Eva L. Jerome
                                        Eva L. Jerome (EJ 9911)
                                   1290 Avenue of the Americas
                                   New York, New York 10104
                                   Telephone: (212) 541-2000
                                   Facsimile: (212) 541-1436
                                   Email: eljerome@bryancave.com
                                   *Attorneys for Defendant Michelin North America, Inc.*