UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NICHOLAS LONGO, et al., : | Case No.: 07-CV-9339 (CLB) (GAY) |
| Plaintiffs, : | |
| - against - : | **DISCLOSURE STATEMENT** <br> **PURSUANT TO FRCP 7.1** |
| AMERICAN HONDA MOTOR COMPANY, et al., : | |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Bryan Cave LLP, as counsel for Defendant Michelin North America, Inc. ("Michelin North America"), for its Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, hereby certifies (i) that the parent corporation of Michelin North America is Michelin Corporation; and (ii) that no publicly traded corporation owns more than 10% of the stock of Michelin North America.

Dated: New York, New York
       November 5, 2007

                        BRYAN CAVE LLP

       By:      /s/
             Eva L. Jerome (EJ 9911)

             1290 Avenue of the Americas
             New York, NY 10104
             (212) 541-2000
             eljerome@bryancave.com

             *Attorneys forDefendant*
             *Michelin North America,*
             *Inc..*

<u>Of Counsel</u>

Richard Cassetta
Peter Herzog
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
Tel:  314-259-2000
Fax:  314-259-2020