

Eva L. Jerome
Direct 212 541 2293
Fax: 212 541 1436
cljerome@bryancave.com

November 5, 2007

**BY FACSIMILE (914-390-4085)**

Hon. Charles L. Brieant
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

*Application granted so ordered November 7, 2007. Brieant*

Re:  *Longo et al. v. American Honda Motor Co., et al.* (07 Civ. 9339)

Dear Judge Brieant:

We represent defendant Michelin North America, Inc. ("Michelin") and write to request a 30-day extension of time—up to and including December 7, 2007—in which to answer or otherwise respond to the class action complaint in this matter. Plaintiffs consent to this extension, as does co-defendant American Honda Motor Company, Inc. ("Honda"). There has been no previous request for an extension.

The instant class action is one of a number of virtually identical class actions filed against Michelin and Honda in various District Courts across the country. Michelin respectfully seeks additional time to respond to the complaint to allow it to coordinate its defense of this action with its defense of the other actions.

Respectfully submitted,

Eva L. Jerome

cc:   Kevin P. Roddy, Esq. (counsel for plaintiffs)
       Roy Brisbois, Esq. (counsel for Honda)

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
Los Angeles
New York
Phoenix
Shanghai
St. Louis
Washington, DC

And Bryan Cave,
A Multinational Partnership,

London