AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 7:07-cv-09339-CLB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Nicholas Longo and Jibin Thomas, and the Proposed Class.

I certify that I am admitted to practice in this court.

| 12/3/2007 | *Kevin P. Roddy* (signature) |
| Date | Signature |

| Kevin P. Roddy | 652585 |
| Print Name | Bar Number |

90 Woodbridge Center Drive
Address

| Woodbridge | New Jersey | 07095 |
| City | State | Zip Code |

| (732) 855-6402 | (732) 726-6686 |
| Phone Number | Fax Number |