**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE MICHELIN NORTH  
AMERICA, INC., PAX SYSTEM  
MARKETING AND SALES  
PRACTICES LITIGATION

Docket No.: 1911

### CERTIFICATE OF SERVICE

I, Jeffrey Lais, hereby certify that a true and correct copy of the foregoing **PLAINTIFFS' RESPONSE IN SUPPORT OF TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF ILLINOIS AND IN OPPOSITION TO DEFENDANT MICHELIN NORTH AMERICA, INC.'S MOTION FOR TRANSFER TO THE DISTRICT OF MARYLAND** was served via U.S. Mail, on the date below, on the following parties:

Mark D. Fullerton  
Martin, Hart & Fullerton, PC  
1839 South Alma School Road, Suite 354  
Mesa, AZ  85210  
Tel. (480) 828-9000  
Fax. (480) 838-9302

Mark F. Anderson  
Kemnitzer, Anderson, Barron & Ogilvie, LLP  
445 Bush Street, 6th Floor  
San Francisco, CA  94108  
Tel. (415) 861-2265  
Fax. (415) 861-3151

James C. Shah  
Shepherd, Finkelman, Miller & Shah, LLC  
35 East State Street  
Media, PA  19063

Tel. (610) 891-9880
Fax. (610) 891-9883

James E. Miller
Shepherd, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412
Tel. (860) 526-1100
Fax. (860) 526-1120

Kevin P. Roddy
Wilentz, Goldman & Spitzer P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095-0958
Tel. (732) 636-8000
Fax. (732) 6855-6117

Thomas D. Mauriello
The Law Offices of Thomas D. Mauriello, APC
22 Battery Street, Suite 1000
San Francisco, CA 94111
Tel. (415) 677-1238
Fax. (415) 677-1233

Daniel R. Lapinski
Wilentz, Goldman & Spitzer P.A.
110 William Street
26th Floor
New York, NY 10038
Tel. (212) 267-3091
Fax. (212) 267-3828

Joseph Patrick Shea
Law Offices of Joseph Shea
2400 N. Western Ave. Suite 2500
Chicago, IL 60647
Tel. (773) 365-0040
Fax. (773) 772-2421

**Counsel for Defendant American Honda Motor Co., Inc.**
Roy M. Brisbois
Jon P. Kardassakis
Lewis Brisbois Bisgaard & Smith LLP
221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012
Tel. (213) 250-1800
Fax. (213) 250-7900

**Counsel for Defendant Michelin North America, Inc.**
Peter W. Herzog III
Richard P. Cassetta
Bran Cave LLP
211 N. Broadway, Suite 3300
One Metropolitan Square
St. Louis, MO 63012
Tel. (314) 259-2000
Fax. (314) 259-2020


Dated: December 4, 2007

Respectfully Submitted,

_____
Jeffrey Lais