UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NICHOLAS LONGO and JIBIN THOMAS, individually : 
and on behalf of all others similarly situated, : No. 07 Civ. 9339 (CLB) (GAY)
: (ECF Case)
              Plaintiffs, :
:
: **NOTICE OF MOTION TO**
      v. : **STAY PROCEEDINGS**
: **PENDING A DECISION BY**
AMERICAN HONDA MOTOR CO., INC. and : **THE JUDICIAL PANEL ON**
MICHELIN NORTH AMERICA, INC., : <u>**MULTIDISTRICT LITIGATION**</u>
:
             Defendants. :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the annexed December 7, 2007 Affirmation of Richard P. Cassetta attaching the motion to transfer of defendant Michelin North American, Inc. ("Michelin"), which motion is presently pending before the Judicial Panel on Multidistrict Litigation, and upon the Memorandum of Law accompanying this Notice of Motion, Michelin, by and through its attorneys, Bryan Cave LLP, 1290 Avenue of the Americas, New York, New York 10104, will move this Court, at the United States Courthouse, 300 Quarropas Street, Room 275, White Plains, New York, on Friday, January 4, 2008, at 9:00 a.m., or as soon thereafter as the parties may be heard, for an order staying proceedings pending the decision on Michelin's motion to the Judicial Panel on Multidistrict Litigation, and for such other and further relief as the Court deems just and proper.

C045351/0214771/1459460.1

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, shall be served no later than December 26, 2007; and responsive papers, if any, shall be served no later than January 3, 2008.

Dated:  New York, New York
        December 7, 2007

BRYAN CAVE LLP

By:   /s/ Eva L. Jerome
      Eva L. Jerome (EJ 9911)

1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
eljerome@bryancave.com

*Attorneys for Defendant Michelin
North America, Inc.*

OF COUNSEL

BRYAN CAVE LLP
Peter W. Herzog
Richard P. Cassetta
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020