UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Nicholas Longo and Jibin Thomas, individually :
and on behalf of all others similarly situated, :
: 
Plaintiffs, :
: Case: 07-civ-9339
v. :
:
American Honda Motor Co., Inc., and :
Michelin North America, Inc., :
:
Defendants. :
---------------------------------------------------------------x

### Affidavit of Richard P. Cassetta

I, Richard P. Cassetta, on my oath, hereby state and affirm:

1. My name is Richard P. Cassetta. I am over 21 years of age and am competent to testify as to the matters contained in this affidavit. The facts set forth in this affidavit are based upon my personal knowledge.

2. I am a partner in the law firm of Bryan Cave LLP, which represents Michelin North America, Inc. in the above-captioned matter and similar matters filed in other jurisdictions.

3. On November 17, 2007, Michelin moved the Judicial Panel on Multidistrict Litigation to transfer this and three other actions to a single judge in the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings.

4. Attached to this affidavit as Exhibit A are true and authentic copies of the motion and related papers described in paragraph 3 above.

FURTHER AFFIANT SAYETH NOT.

*[signature]*

Richard P. Cassetta

Subscribed and sworn to before me, a notary public, this 7th day of December, 2007.

*[signature]* Helen Mangan

Notary Public

"NOTARY SEAL"
Helen Mangan, Notary Public
Jefferson County, State of Missouri
My Commission Expires 7/11/2008

My Commission Expires: _____