UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NICHOLAS LONGO and JIBIN THOMAS, :
individually and on behalf of all others similarly :
situated, :
                Plaintiffs, :
                                         : No. 07 Civ. 9339 (CLB) (GAY)
                                         : (ECF Case)
    v. :
                                         :
AMERICAN HONDA MOTOR CO., INC., and :
MICHELIN NORTH AMERICA, INC., :
                                         :
                Defendants. :
------------------------------------------------------------x

STATE OF NEW YORK        )
                                  ) ss.:
COUNTY OF NEW YORK   )

## CERTIFICATE OF SERVICE

I, TIMOTHY E. CHAPPLE, being duly sworn, deposes and says:

1. I am not a party to the within action. I am over 18 years of age and reside in Brooklyn, New York.

2. On Friday December 7, 2007 I caused **Defendant Michelin North America, Inc.'s (a) Notice of Motion Of Its Motion To Stay Proceedings Pending Decision By The Judicial Panel On Multidistrict Litigation, b) Affidavit of Richard P. Cassetta in Support, and (c) Memorandum of Law In Support** to be served as follows:

By Electronic Case Filing on:

C0453510214771/1459687.1

Daniel R. Lapinski
Wilentz, Goldman & Spitzer P.A.
110 William Street
26th Floor
New York, NY 10038-3901
Telephone: (212) 267-3091
Facsimile: (212) 267-3828


By depositing a true copy of same enclosed in a postpaid addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on:

| | |
|---|---|
| Lori E. Andrus<br>Micha Star Liberty<br>Jennie Lee Anderson<br>Andrus Liberty & Anderson, LLP<br>1438 Market Street<br>San Francisco, CA 94102<br>Telephone: (415) 896-1000<br>Facsimile: (415) 896-2249<br><br>Mark F. Anderson<br>Kemnitzer, Anderson, Barron & Ogilvie, LLP<br>445 Bush Street, 6th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 861-2265<br>Facsimile: (415) 861-3151<br><br>Roy M. Brisbois<br>Jon P. Kardassakis<br>Lewis Brisbois Bisgaard & Smith LLP<br>221 N. Figueroa Street, Suite 1200<br>Los Angeles, CA 90012<br>Telephone:  (213) 250-1800<br>Facsimile:  (213) 250-7900<br>*Attorneys for Defendant American Honda Motor Company* | James C. Shah<br>Natalie Finkelman Bennett<br>Nathan C. Zipperian<br>Shepherd, Finkelman, Miller & Shah, LLC<br>35 East State Street<br>Media, PA 19063<br>Telephone: (610) 891-9880<br>Facsimile: (610) 891-9883<br><br>James E. Miller<br>Patrick A. Klingman<br>Karen M. Lesser<br>Shepherd, Finkelman, Miller & Shah, LLC<br>65 Main Street<br>Chester, CT 06412<br>Telephone: (860) 526-1100<br>Facsimile: (860) 526-1120<br><br>Thomas D. Mauriello<br>The Law Offices of Thomas D. Mauriello, APC<br>22 Battery Street, Suite 1000<br>San Francisco, CA 94111<br>Telephone: (415) 677-1238<br>Facsimile: (415) 677-1233<br>*All above, Attorneys for Plaintiffs* |

2

_____
Timothy E. Chapple

Sworn to before me this
7th th of , December 2007

_____
Notary Public

GAIL P. CARR
Notary Public, State of New York
No. 01CA5057316
Qualified in Westchester County
Commission Expires March 18, 2010

3

C0453510214771/1459687.1