UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NICHOLAS LONGO and JIBIN THOMAS,  :
individually and on behalf of all others similarly  :
situated,  :
    :
    Plaintiffs,  :
    :   No. 07 Civ. 9339 (CLB) (GAY)
    :   (ECF Case)
  v.  :
    :   **NOTICE OF MOTION TO**
AMERICAN HONDA MOTOR CO., INC., and  :   **DISMISS THE COMPLAINT**
MICHELIN NORTH AMERICA, INC.,  :
    :
    Defendants.  :
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the complaint of plaintiffs Nicholas Longo and Jibin Thomas dated October 18, 2007, and upon the memorandum of law accompanying this Notice of Motion to Dismiss the Complaint, defendant Michelin North American, Inc. ("Michelin"), by and through its attorneys, Bryan Cave LLP, 1290 Avenue of the Americas, New York, New York 10104, will move this Court, at the United States Courthouse, 300 Quarropas Street, Room 275, White Plains, New York, on February 1, 2008, at 9:00 a.m., or as soon thereafter as the parties may be heard, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint as it relates to Michelin with prejudice, and for such other and further relief as the Court deems just and proper.

2

Dated: New York, New York
       December 7, 2007                    BRYAN CAVE LLP

                                                By: /s/ Eva L. Jerome
                                                    Eva L. Jerome (EJ 9911)

                                                1290 Avenue of the Americas
                                                New York, New York 10104
                                                (212) 541-2000
                                                eljerome@bryancave.com

                                                *Attorneys for Defendant Michelin*
                                                  *North America, Inc.*

<u>OF COUNSEL</u>

BRYAN CAVE LLP
Peter W. Herzog
Richard P. Cassetta
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

2

C045351/0214771/1459204.2