UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NICHOLAS LONGO and JIBIN THOMAS, :
individually and on behalf of all others similarly :
situated, :
                      Plaintiffs, :
                                           :     No. 07 Civ. 9339 (CLB) (GAY)
                                           :     (ECF Case)
   v. :
                                           :
AMERICAN HONDA MOTOR CO., INC., and :
MICHELIN NORTH AMERICA, INC., :
                                           :
                      Defendants. :
-----------------------------------------------------------------x

STATE OF NEW YORK        )
                                     ) ss.:
COUNTY OF NEW YORK    )

### CERTIFICATE OF SERVICE

    I, TIMOTHY E. CHAPPLE, being duly sworn, deposes and says:

    1.    I am not a party to the within action. I am over 18 years of age and reside in Brooklyn, New York.

    2.    On Friday December 7, 2007 I caused **Defendant Michelin North America, Inc.'s (a) Notice of Motion to Dismiss the Complaint and (b) Memorandum of Law In Support** to be served as follows:

    By Electronic Case Filing on:

    Daniel R. Lapinski
    Wilentz, Goldman & Spitzer P.A.
    110 William Street
    26th Floor
    New York, NY 10038-3901
    Telephone: (212) 267-3091
    Facsimile: (212) 267-3828

1

By depositing a true copy of same enclosed in a postpaid addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on:

| | |
|---|---|
| Lori E. Andrus<br>Micha Star Liberty<br>Jennie Lee Anderson<br>Andrus Liberty & Anderson, LLP<br>1438 Market Street<br>San Francisco, CA 94102<br>Telephone: (415) 896-1000<br>Facsimile: (415) 896-2249<br><br>Mark F. Anderson<br>Kemnitzer, Anderson, Barron & Ogilvie, LLP<br>445 Bush Street, 6th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 861-2265<br>Facsimile: (415) 861-3151<br><br>Roy M. Brisbois<br>Jon P. Kardassakis<br>Lewis Brisbois Bisgaard & Smith LLP<br>221 N. Figueroa Street, Suite 1200<br>Los Angeles, CA 90012<br>Telephone: (213) 250-1800<br>Facsimile: (213) 250-7900<br>*Attorneys for Defendant American Honda Motor Company* | James C. Shah<br>Natalie Finkelman Bennett<br>Nathan C. Zipperian<br>Shepherd, Finkelman, Miller & Shah, LLC<br>35 East State Street<br>Media, PA 19063<br>Telephone: (610) 891-9880<br>Facsimile: (610) 891-9883<br><br>James E. Miller<br>Patrick A. Klingman<br>Karen M. Lesser<br>Shepherd, Finkelman, Miller & Shah, LLC<br>65 Main Street<br>Chester, CT 06412<br>Telephone: (860) 526-1100<br>Facsimile: (860) 526-1120<br><br>Thomas D. Mauriello<br>The Law Offices of Thomas D. Mauriello, APC<br>22 Battery Street, Suite 1000<br>San Francisco, CA 94111<br>Telephone: (415) 677-1238<br>Facsimile: (415) 677-1233<br>*All above, Attorneys for Plaintiffs* |

_____
Timothy E. Chapple

Sworn to before me this
7 th of, December 2007

_____
Notary Public

GAIL P. CARR
Notary Public, State of New York
No. 01CA5057316
Qualified in Westchester County
Commission Expires March 18, 2010

2