Robert M. Goodman (RG7659)
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600
Attorneys for Defendant,
American Honda Motor Co., Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nicholas Longo and Jibin Thomas, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., and MICHELIN NORTH AMERICA, INC.,<br><br>Defendants. | Case No.:07-CIV-9339 (CLB)(GAY)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Greenbaum, Rowe, Smith & Davis LLP, attorneys for defendant, American Honda Motor Co., Inc. ("AHM"), for the entry of an Order staying proceedings in this matter pending a decision by the Judicial Panel on Multidistrict Litigation, the Court having reviewed the papers submitted on the motion, as well as those submitted in opposition, and good cause having been shown;

**IT IS** on this _____ day of _____, 2008,

**ORDERED** that AHM's motion is hereby GRANTED; and it is

966402.01

-2-

**FURTHER ORDERED** that proceedings in this action are hereby STAYED pending a decision by the Judicial Panel on Multidistrict Litigation or further order of this court.

_____
Charles L. Brieant, U.S.D.J.

966402.01