Robert M. Goodman (RG7659)
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600
Attorneys for Defendant,
American Honda Motor Co., Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nicholas Longo and Jibin Thomas, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., and MICHELIN NORTH AMERICA, INC.,<br><br>Defendants. | Case No.:07-CIV-9339 (CLB)(GAY)<br><br>**NOTICE OF MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Daniel R. Lapinski
WILETNZ, GOLDMAN & SPITZER, P.A.
110 William Street
26th Floor
New York, New York 10038

COUNSEL:

    **PLEASE TAKE NOTICE** that on January 4, 2008, or as soon before that date as the Court may permit, Greenbaum, Rowe, Smith & Davis, LLP, attorneys for defendant, American Honda Motor Co., Inc. ("AHM"), shall apply to the United States District Court for the Southern District of New York, for an Order staying

966270.01

-2-

proceedings in this matter pending a decision by the Judicial Panel on Multidistrict Litigation;

**PLEASE TAKE FURTHER NOTICE** that the within motion is supported by the Memorandum of Law filed by Michelin North America, Inc., in support of its motion to stay, and AHM's motion should be granted for the reasons stated therein;

**PLEASE TAKE FURTHER NOTICE** that this motion is accompanied by a proposed form of Order; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

        **GREENBAUM, ROWE, SMITH & DAVIS LLP**
        Attorneys for Defendant,
        American Honda Motor Co., Inc.

By _____
    ROBERT M. GOODMAN

Dated: December 7, 2007

-2-
966270.01

## CERTIFICATE OF SERVICE

C. BRIAN KORNBREK hereby certifies as follows:

1. I am an Attorney-at-Law of the State of New Jersey and a partner of the law firm of Greenbaum, Rowe, Smith & Davis LLP, attorneys for defendant, American Honda Motor Co., Inc., in the above matter.

2. On the date indicated below, I caused this Notice of Motion to Stay, and proposed form of order to be filed via Electronic Filing.

3. On the date indicated below, the following received a copy of this service via Electronic Filing:

>Daniel R. Lapinski
>Wilentz, Goldman & Spitzer P.A.
>110 William Street
>26th Floor
>New York, NY 10038-3901
>Telephone: (212) 267-3091
>Facsimile: (212) 267-3828
>
>Kevin Peter Roddy
>Wilentz, Goldman & Spitzer, P. A.(NJ)
>90 Woodbridge Center Drive
>Woodbridge, NJ 07095
>(732)-855-6402
>Fax: (732)-855-6117
>
>*Attorneys for Plaintiffs*
>
>Eva L. Jerome, # EJ 9911
>1290 Avenue of the Americas
>New York, New York 10104
>Telephone: 212-541-2000
>Facsimile: 212-541-3640
>
>*Attorneys for Defendant Michelin North America, Inc.*

via electronic filing.

-4-

    4.  I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

                                                  _____
                                                       C. BRIAN KORNBREK

DATED:  December 7, 2007

-4-

966270 01