Robert M. Goodman (RG7659)
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600
Attorneys for Defendant,
American Honda Motor Co., Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nicholas Longo and Jibin Thomas, On Behalf of Themselves and All Others Similarly Situated, <br><br>            Plaintiffs, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., and MICHELIN NORTH AMERICA, INC., <br><br>            Defendants. | Case No.: 07-CIV-9339 (CLB) <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF AMERICAN HONDA MOTOR CO., INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, attorneys for defendant, American Honda Motor Co., Inc. ("AHM"), hereby certifies that AHM is a wholly owned subsidiary of Honda Motor Co., Ltd., which is a publicly held corporation.

                                    **GREENBAUM, ROWE, SMITH & DAVIS LLP**
                                    Attorneys for Defendant,
                                    American Honda Motor Co., Inc.

By: _____
                               ROBERT M. GOODMAN

DATED: December 7, 2007

965783.02

## CERTIFICATE OF SERVICE

C. BRIAN KORNBREK hereby certifies as follows:

1.  I am an Attorney-at-Law of the State of New Jersey and a partner of the law firm of Greenbaum, Rowe, Smith & Davis LLP, attorneys for defendant, American Honda Motor Co., Inc., in the above matter.

2.  On the date indicated below, I caused this Rule 7.1 Corporate Disclosure Statement to be filed via Electronic Filing.

3.  On the date indicated below, the following received a copy of this service via Electronic Filing:

> Daniel R. Lapinski
> Wilentz, Goldman & Spitzer P.A.
> 110 William Street
> 26th Floor
> New York, NY 10038-3901
> Telephone: (212) 267-3091
> Facsimile: (212) 267-3828
>
> Kevin Peter Roddy
> Wilentz, Goldman & Spitzer, P. A.(NJ)
> 90 Woodbridge Center Drive
> Woodbridge, NJ 07095
> (732)-855-6402
> Fax: (732)-855-6117
>
> *Attorneys for Plaintiffs*
>
> Eva L. Jerome, # EJ 9911
> 1290 Avenue of the Americas
> New York, New York  10104
> Telephone:  212-541-2000
> Facsimile:  212-541-3640
>
> *Attorneys for Defendant Michelin North America, Inc.*

via electronic filing.

965783.02

    4.  I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

                                        _____
                                            C. BRIAN KORNBREK

DATED:  December 7, 2007