## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

Nicholas Longo and Jibin Thomas, On     :      Case No.: 07-CIV-9339 (CLB)(GAY)
Behalf of Themselves and All Others     :
Similarly Situated     :

    :

                 Plaintiffs,     :

    :

v.     :

    :

AMERICAN HONDA MOTOR CO., INC., :
And MICHELIN NORTH AMERICA,     :
INC.     :

    :

                Defendants.     :

-------------------------------------------------------x

## PLAINTIFF JIBIN THOMAS' NOTICE OF
## VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(i)
## OF THE FEDERAL RULES OF CIVIL PROCEDURE

**WILENTZ, GOLDMAN & SPITZER P.A.**
Kevin P. Roddy, Esq.
Daniel R. Lapinski, Esq.
90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
Telephone: (732) 636-8000

*Attorneys for Plaintiffs and the Proposed Class*

#3833023

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Jibin Thomas hereby voluntarily dismisses his claims in this action, without prejudice, against Defendants American Honda Motor Co., Inc. and Michelin North America, Inc.

**PLEASE TAKE FURTHER NOTICE** that this dismissal is with respect to Plaintiff Jibin Thomas only.  Mr. Thomas' voluntary dismissal, without prejudice, does not affect any of the claims of any other Named Plaintiff in this Action., and any other claims shall continue to be in full force and effect.

Dated:  December 11, 2007        **WILENTZ GOLDMAN & SPITZER, P.A.**

By: _____
      Daniel R. Lapinski (DL-7440)
      Kevin P. Roddy (KR-2359)


Lori E. Andrus (SBN 205816)
Micha Star Liberty (SBN 215687)
Jennie Lee Anderson (SBN 203586)
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA  94102
Telephone:     (415) 896-1000
Facsimile:      (415) 896-2249

Mark F. Anderson (SBN 44787)
KEMNITZER, ANDERSON, OGILVIE &
BREWER, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Facsimile: (415) 861-3151

James C. Shah
Natalie Finkelman Bennett
Nathan C. Zipperian
SHEPHERD,  FINKELMAN, MILLER &
SHAH, LLC
 35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883

#3833023

James E. Miller
Patrick A. Klingman
Karen M. Leser  (SBN 231189)
SHEPHERD,  FINKELMAN, MILLER &
SHAH, LLC
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120

Thomas D. Mauriello
THE LAW OFFICES OF THOMAS D.
MAURIELLO, APC
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 677-1238
Facsimile: (415) 677-1233

*Attorneys for Plaintiffs and the Class*

#3833023

## CERTIFICATE OF SERVICE

I, Andrew W. Miller, hereby certify that on this 11th day of December, 2007, a true and correct copy of the foregoing PLAINTIFF JIBIN THOMAS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE was served electronically via the Court's CM/ECF system upon all counsel of record.

ANDREW W. MILLER