Kevin Roddy (KR2359)
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
Telephone: (732) 855-6402
Facsimile: (732) 726-6686
kroddy@wilentz.com

Attorney for Plaintiffs and the Proposed Class

(Additional counsel appear on signature page)

### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS LONGO and JIBIN THOMAS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., and MICHELIN NORTH AMERICA, INC.,<br><br>Defendants. | Civil Case No.: 7:07-cv-09339-CLB<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE (LORI E. ANDRUS) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin Roddy, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:  Lori E. Andrus
    Firm Name:  ANDRUS LIBERTY & ANDERSON LLP
    Address:  1438 Market Street
    City/State/Zip:  San Francisco, CA 94102
    Telephone:  (415) 896-1000
    Facsimile:  (415) 896-2249

Lori E. Andrus is a member in good standing of the Bar of the State of California. There are no pending disciplinary proccedings against Lori E. Andrus in any State or Federal court.

DATE:  December 4, 2007               WILENTZ, GOLDMAN & SPITZER, P.A.



Kevin Roddy (KR2359)
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
Telephone: (732) 855-6402
Facsimile: (732) 726-6686
kroddy@wilentz.com

Daniel R. Lapinski (DL7447)
110 William Street
26th Floor
New York, New York  10038-3901
Telephone: (212) 267-3091
Facsimile: (212) 267-3828
dlapinski@wilentz.com

*Attorneys for Plaintiffs*