Kevin P. Roddy (KR2359)
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
Telephone: (732) 855-6402
Facsimile: (732) 726-6686
kroddy@wilentz.com

Attorney for Plaintiffs and the Proposed Class

(Additional counsel appear on signature page)

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS LONGO and JIBIN THOMAS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., and MICHELIN NORTH AMERICA, INC.,<br><br>Defendants. | Civil Case No.: 7:07-cv-09339-CLB<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE (JENNIE LEE ANDERSON) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kevin Roddy, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

> Applicant's Name: Jennie Lee Anderson
> Firm Name: ANDRUS LIBERTY & ANDERSON LLP
> Address: 1438 Market Street
> City/State/Zip: San Francisco, CA 94102
> Telephone: (415) 896-1000
> Facsimile: (415) 896-2249

Jennie Lee Anderson is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proccedings against Jennie Lee Anderson in any State or Federal court.

DATE:  December 4, 2007                              WILENTZ, GOLDMAN & SPITZER, P.A.



Kevin P. Roddy (KR2359)
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
Telephone: (732) 855-6402
Facsimile: (732) 726-6686
kroddy@wilentz.com

Daniel R. Lapinski (DL7447)
110 William Street
26th Floor
New York, New York  10038-3901
Telephone: (212) 267-3091
Facsimile: (212) 267-3828
dlapinski@wilentz.com

*Attorneys for Plaintiffs*