Kevin Roddy (KR2359)
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
Telephone: (732) 855-6402
Facsimile: (732) 726-6686
kroddy@wilentz.com



Attorney for Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS LONGO and JIBIN THOMAS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., and MICHELIN NORTH AMERICA, INC.,<br><br>Defendants. | Civil Case No.: 7:07-cv-09339-CLB<br><br>[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION (LORI E. ANDRUS) |



Upon the motion of Kevin Roddy, attorney for Plaintiffs Nicholas Longo and Jibin Thomas, on behalf of themselves and all others similarly situated, and said sponsor attorney's affidavit in support;

**IT IS ORDERED** that

| | |
|---|---|
| Applicant's Name: | Lori Andrus |
| Firm Name: | Andrus Liberty & Anderson LLP |
| Address: | 1438 Market Street |
| City/State/Zip: | San Francisco, CA 94102 |
| Telephone: | (415) 896-1000 |
| Facsimile: | (415) 896-2249 |
| E-mail: | lori@libertylaw.com |

Is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing



before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: *White Plains, N.Y.*
City/State: *December 18, 2007*

*Clement Brieant*

United States District/~~Magistrate~~ Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day of December, 2007, I caused the foregoing Motion to Admit Counsel Pro Hac Vice (Lori E. Andrus) and Affidavit of Kevin P. Roddy in Support of Motion to Admit Counsel Pro Hac Vice (Lori E. Andrus) to be served upon all counsel of record via electronic mail.

_____
Andrew W. Miller