Kevin Roddy (KR2359)
WILENTZ, GOLDMAN & SPITZER
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
Telephone: (732) 855-6402
Facsimile: (732) 726-6686
kroddy@wilentz.com

Attorney for Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS LONGO and JIBIN THOMAS, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., and MICHELIN NORTH AMERICA, INC.,<br><br>Defendants. | Civil Case No.: 7:07-cv-09339-CLB<br><br>[~~PROPOSED~~] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION (JENNIE LEE ANDERSON) |

Upon the motion of Kevin Roddy, attorney for Plaintiffs Nicholas Longo and Jibin Thomas, on behalf of themselves and all others similarly situated, and said sponsor attorney's affidavit in support;

**IT IS ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jennie Lee Anderson |
| Firm Name: | Andrus Liberty & Anderson LLP |
| Address: | 1438 Market Street |
| City/State/Zip: | San Francisco, CA 94102 |
| Telephone: | (415) 896-1000 |
| Facsimile: | (415) 896-2249 |
| E-mail: | jennie@libertylaw.com |

Is admitted to practice pro hac vice as counsel for Plaintiffs in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: White Plains, NY
City/State: December 14, 2007

_____
CHARLES L. BRIEANT
United States District ~~Magistrate~~ Judge