


Eva L. Jerome
Direct: 212 541 2293
Fax: 212 541 1436
ejerome@bryancave.com

December 12, 2007

**BY FACSIMILE (914-390-4085)**

Hon. Charles L. Brieant
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *Longo et al. v. American Honda Motor Co., et al.* (07 Civ. 9339) (CLB) (GAY)

Dear Judge Brieant:

We represent defendant Michelin North America, Inc. ("Michelin") and write to correct the motion hearing time on the two notices of motion we filed on December 7, 2007. Michelin's Motion to Stay Proceedings Pending A Decision By the Judicial Panel on Multidistrict Litigation will be heard at 10 a.m., not 9 a.m., on Friday, January 4, 2008 or as soon as thereafter as the parties may be heard. Michelin's Motion to Dismiss the Complaint will be heard at 10 a.m., not 9 a.m., on February 1, 2008 or as soon thereafter as the parties may be heard.

Respectfully submitted,

Eva L. Jerome

cc: Daniel R. Lapinski
    Lori E. Andrus
    Mark F. Anderson
    James C. Shah
    James E. Miller
    Thomas D. Mauriello
    Roy M. Brisbois

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED