Robert M. Goodman
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600
Attorneys for Defendant,
American Honda Motor Co., Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nicholas Longo and Jibin Thomas, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., and MICHELIN NORTH AMERICA, INC.,<br><br>Defendants. | Case No.:07-CIV-9339 (CLB)(GAY)<br><br>**NOTICE OF APPEARANCE OF ROBERT M. GOODMAN** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE ENTER** my appearance as counsel in this case for defendant American Honda Motor Co., Inc.

**I CERTIFY** that I am admitted to practice in this Court.

GREENBAUM, ROWE, SMITH & DAVIS LLP
Attorneys for Defendant,
American Honda Motor Co., Inc.

By _/s/ Robert M. Goodman_
ROBERT M. GOODMAN

Dated: December 21, 2007

970094.01