# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Charles L. Williams

                          Plaintiff,

v.                                                       Case No.: 1:07−cv−05933

                                                                                 Honorable George M. Marovich

American Honda Motor Co., Inc., et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 18, 2007:

      MINUTE entry before Judge George M. Marovich :Status hearing held. Motion hearing set for 1/8/2008 is stricken. Defendant American Honda Motor Co.,Inc.'s motion for joinder of co−defendant's motion to stay [36] is granted. Defendant Michelin North America, Inc.'s motion to stay pending a decision by the judicial panel for miltidistrict litigation [24] is granted. Defendant Michelin North America, Inc.'s motion to dismiss [29] is entered and continued. Defendant American Honda Motor Co., Inc.'s motion to dismiss [33] is entered and continued. Case stayed.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.