UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61524-CIV-ZLOCH

MICHELLE SMITH, on behalf of
herself and all others
similarly situated,

      Plaintiff,

vs.                                **ORDER STAYING ACTION**

AMERICAN HONDA MOTOR
COMPANY, INC., and MICHELIN
NORTH AMERICA, INC.,

      Defendants.
_____/

      THIS MATTER is before the Court upon Defendant Michelin North America, Inc.'s Motion To Stay (DE 36). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. Defendant Michelin North America, Inc.'s Motion To Stay (DE 36) be and the same is hereby **GRANTED**;

      2. The above-styled cause be and the same is hereby **STAYED**;

      3. The above-styled cause shall be re-opened upon motion by either Party, or upon the Court's own motion;

      4. This Order shall not prejudice the rights of any Party to this litigation;

      5. The Clerk of the United States District Court for the Southern District of Florida be and the same is hereby **DIRECTED** to

mark the above-styled action closed for statistical purposes until further order of the Court; and

    6. All pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of December, 2007.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

All Counsel of Record