Mark D. Fullerton (SBN 5428)
MARTIN, HART & FULLERTON, P.C.
1839 South Alma School Road, Suite 354
Mesa, Arizona 85210
Telephone: (480) 838-9000
Facsimile: (480) 838-9302
fullerton@mhf.cc

Lori E. Andrus (*Admitted Pro Hac Vice*)
Jennie Lee Anderson (*Admitted Pro Hac Vice*)
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone:  (415) 896-1000
Facsimile:  (415) 896-2249
lori@libertylaw.com
micha@libertylaw.com
jennie@libertylaw.com

*Attorneys for Plaintiffs and the Proposed Class*

(Additional counsel appear on signature page)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LARRY PALMER, HAL WOCHHOLZ, and FRANK MATTHEWS, M.D., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., and MICHELIN NORTH AMERICA, INC.,<br><br>Defendants. | Civil Case No.: CV07-1904-PHX-DGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT MICHELIN'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b) (6) (FIRST REQUEST)** |

WHEREAS Defendant Michelin North America, Inc. ("Michelin") filed with this Court a Motion to Stay Proceedings Pending a Decision By the Judicial Panel on Multidistrict Litigation ("Motion to Stay") and a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss") on November 30, 2007,

1

WHEREAS, pursuant to the Local Rule 7.2(c), Plaintiffs' opposition to either motion would be due December 14, 2007, and

WHEREAS the Court has not yet set a hearing date on which it will hear Michelin's Motion to Stay and any stay that may affect the Court's scheduling for the pending Motion to Dismiss,

The parties hereby stipulate as follows:

1. Plaintiffs' opposition to Michelin's Motion to Dismiss will not be due until after this Court rules on Michelin's Motion to Stay.

2. If the Motion to Stay is denied, Plaintiffs will file their opposition within ten (10) days (weekends and holidays excluded) of the Court's order and Michelin shall file any reply within five (5) days (weekends and holidays excluded) of the filing of Plaintiffs' opposition.

**IT IS SO STIPULATED.**

DATED: December 12, 2007

| BRYAN CAVE LLP | ANDRUS LIBERTY & ANDERSON LLP |
|---|---|
| By: _____ Jason K. Reed | By: _____ Jennie Lee Anderson |
| James D. Smith (No. 016760)<br>Jason K. Reed (No. 022657)<br>Two North Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>Telephone: (602) 364-7000<br>Fax: (602) 364-7070<br>jdsmith@bryancave.com<br>jason.reed@bryancave.com<br><br>*Attorneys for Defendant Michelin North America, Inc. (Additional Counsel listed on following page)* | Lori E. Andrus<br>*Admitted Pro Hac Vice*<br>Jennie Lee Anderson<br>*Admitted Pro Hac Vice*<br>1438 Market Street<br>San Francisco, CA 94102<br>Telephone: (415) 896-1000<br>Facsimile: (415) 896-2249<br>lori@libertylaw.com<br>jennie@libertylaw.com<br><br>*Attorneys for Plaintiffs and the Class (Additional Counsel listed on following page)* |

- 2 -

STIPULATION FOR EXTENSION OF TIME

| | | |
|---|---|---|
| 1 | | |
| 2 | Peter W. Herzog<br>Richard P. Cassetta | Mark D. Fullerton (SBN 5428)<br>MARTIN, HART & FULLERTON, P.C. |
| 3 | BRYAN CAVE LLP<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102-2750 | 1839 South Alma School Road, Suite 354<br>Mesa, Arizona 85210<br>Telephone: (480) 838-9000 |
| 4 | T: (314) 259-2000<br>F: (314) 259-2020 | Facsimile: (480) 838-9302<br>fullerton@mhf.cc |
| 5 | | |
| 6 | *Attorneys for Defendant Michelin North America, Inc.* | |
| 7 | | Mark F. Anderson<br>KEMNITZER, ANDERSON, OGILVIE & BREWER, LLP |
| 8 | | 445 Bush Street, 6th Floor<br>San Francisco, CA 94108 |
| 9 | | Telephone: (415) 861-2265<br>Facsimile: (415) 861-3151 |
| 10 | | mark@kabolaw.com |
| 11 | | James C. Shah<br>Natalie Finkelman Bennett |
| 12 | | Nathan C. Zipperian<br>SHEPHERD, FINKELMAN, MILLER & |
| 13 | | SHAH, LLC<br> 35 East State Street |
| 14 | | Media, PA 19063<br>Telephone: (610) 891-9880 |
| 15 | | Facsimile: (610) 891-9883<br>jshah@sfmslaw.com |
| 16 | | nfinkelman@sfmslaw.com<br>nzipperian@sfmslaw.com |
| 17 | | |
| 18 | | James E. Miller<br>Patrick A. Klingman |
| 19 | | Karen M. Leser<br>SHEPHERD, FINKELMAN, MILLER & SHAH, LLC |
| 20 | | 65 Main Street<br>Chester, CT 06412 |
| 21 | | Telephone: (860) 526-1100<br>Facsimile: (860) 526-1120 |
| 22 | | jmiller@sfmslaw.com<br>pklingman@sfmslaw.com |
| 23 | | kleser@sfmslaw.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 3 -

| | |
|---|---|
| 1 | |
| 2 | Kevin P. Roddy |
| | Daniel R. Lapinski |
| 3 | WILENTZ, GOLDMAN & SPITZER P.A. |
| | 90 Woodbridge Center Drive |
| 4 | Suite 900 Box 10 |
| | Woodbridge, NJ 07095-0958 |
| 5 | Telephone: (732) 636-8000 |
| | Facsimile: (732) 855-6117 |
| 6 | dlapinski@wilentz.com |
| | kroddy@wilentz.com |

Thomas D. Mauriello
THE LAW OFFICES OF THOMAS D. MAURIELLO, APC
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 677-1238
Facsimile: (415) 677-1233
tomm@maurlaw.com

*Attorneys for Plaintiffs and the Class*

- 4 -

STIPULATION FOR EXTENSION OF TIME