UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NICHOLAS LONGO, individually
and on behalf of all others similarly situated,

                Plaintiffs,

                No. 07 Civ. 9339 (CLB) (GAY)
                (ECF Case)

   v.

American Honda Motor Co., Inc., and
Michelin North America, Inc.,

                Defendants.
------------------------------------------------------------x

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF NEW YORK  )

## CERTIFICATE OF SERVICE

I, PATRICIA L. ORLOWSKI, being duly sworn, deposes and says:

1.    I am not a party to the within action. I am over 18 years of age and reside in Bronx, New York.

2.    On Friday December 28, 2007, I caused

**DEFENDANT MICHELIN NORTH AMERICA, INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

to be served as follows:

    By Electronic Case Filing on:

| | |
|---|---|
| Daniel R. Lapinski | Lori E. Andrus |
| Wilentz, Goldman & Spitzer, P.A. | Jennie Lee Anderson |
| 110 William Street -26th Floor | Andrus Liberty & Anderson, LLP |
| New York, New York 10038-3901 | 1438 Market Street |
| Tel.: (212) 267-3091 | San Francisco, CA 94102 |
| Fax: (212) 267-3828 | Tel.: (415) 896-1000 |
| | Fax: (415) 896-2249 |
| and | |
| | *Attorneys for Plaintiffs* |
| Kevin Peter Roddy | |

C0453510214771/1462623.1

| | |
|---|---|
| Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Woodbridge, NJ 07095<br>Tel.: (732) 855-6402<br>Fax: (732) 855-6117<br><br>*Attorneys for Plaintiffs* | Clifford Brian Kornbrek<br>Greenbaum Rowe Smith & Davis LLP<br>75 Becker Farm Road<br>Roseland, NJ 07068<br>Tel.: (973) 535-1600<br>Fax: (973) 535-1698<br><br>*Attorneys for Defendant American Honda Motor Company* |
| Robert M. Goodman<br>Carpenter, Bennett & Morrissey<br>100 Mulberry Street, Three Gateway Center<br>Newark, NJ 07102<br>Tel.: (973) 535-1600<br>Fax: (973) 535-1698<br><br>*Attorneys for Defendant American Honda Motor Company* | |

And by depositing a true copy of same enclosed in a postpaid addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on:

| | |
|---|---|
| Mark F. Anderson<br>Kemnitzer, Anderson, Barron & Ogilvie, LLP<br>445 Bush Street, 6th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 861-2265<br>Facsimile: (415) 861-3151<br><br>*Attorneys for Plaintiffs* | James C. Shah<br>Natalie Finkelman Bennett<br>Nathan C. Zipperian<br>Shepherd, Finkelman, Miller & Shah, LLC<br>35 East State Street<br>Media, PA 19063<br>Telephone: (610) 891-9880<br>Facsimile: (610) 891-9883 |
| Roy M. Brisbois<br>Jon P. Kardassakis<br>Lewis Brisbois Bisgaard & Smith LLP<br>221 N. Figueroa Street, Suite 1200<br>Los Angeles, CA 90012<br>Telephone: (213) 250-1800<br>Facsimile: (213) 250-7900<br><br>*Attorneys for Defendant American Honda Motor Company* | James E. Miller<br>Patrick A. Klingman<br>Karen M. Lesser<br>Shepherd, Finkelman, Miller & Shah, LLC<br>65 Main Street<br>Chester, CT 06412<br>Telephone: (860) 526-1100<br>Facsimile: (860) 526-1120<br><br>Thomas D. Mauriello<br>The Law Offices of Thomas D. Mauriello, APC<br>22 Battery Street, Suite 1000<br>San Francisco, CA 94111<br>Telephone: (415) 677-1238 |

Facsimile: (415) 677-1233

*All above, Attorneys for Plaintiffs*

_____
Patricia L. Orlowski

Sworn to before me on the
28th day of December 2007

_____
Notary Public

JENNIFER L. POMPER
Notary Public, State Of New York
No. 01PO5061963
Qualified In Suffolk County
Certificate Filed In New York County
Commission Expires June 17, 20__

C0453510214771/1462623.1