# WILENTZ GOLDMAN & SPITZER P.A.

ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 940-4000
Fax (215) 636-3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA 15222
(412) 232-0808
Fax (412) 232-0773

website: www.wilentz.com

DAVID T. WILENTZ (1919-1988)
C. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1573-1968)

WARREN W. WILENTZ
MORRIS BROWN
FREDERIC K. BECKER
NICHOLAS L. SANTOWASSO
RICHARD F. LERT
JOHN A. HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
BARRY M. EPSTEIN
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH
STUART A. HOBERMAN
STEPHEN A. SPITZER
ANNE S. BABINEAU
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN
JAMES E. TRABILSY
MAUREEN S. BINETTI
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT
MICHAEL F. SCHAFF
ANGELO JOHN CIFALDI
FRANCIS X. JOURNICK, JR. (1942-2006)
KEVIN M. BERRY
NOEL S. TONNEMAN
JOHN T. KELLY
C. KENNETH SHANK
BARRY A. COOKE
JON G. KUPILIK
PETER R. HERMAN
EDWARD T. KOLE
HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ

VIOLA S. LORDI
LYNNE M. KIZIS
KEVIN P. RODDY
DANIEL S. BERNHEIM 3d
DAVID H. STEIN
STEVEN P. MARSHALL
DOUGLAS WATSON LUBIC
CHERYL J. OBERDORF
LISA A. GORAB
RUSSELL L. FISHKIND
LAWRENCE F. JACOBS
FRED HOPKE
CHARLES F. VUOTTO, JR.
DONALD C. TAYLOR
DARRY H. SUGARMAN
BRETT R. HARRIS
ALFRED M. ANTHONY
DARREN M. GELBER
MATTHEW M. WEISSMAN
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM
WILLARD C. SHIH
BLAIR R. ZWILLMAN
STEVEN R. ENS
LAWRENCE C. WEINER
LAURIE E. MEYERS
JOHN M. CANTALUPO
BARBARA G. QUACKENBOS

OF COUNSEL
MATTHIAS D. DILEO
ROBERT A. PETITO
HAROLD G. SMITH
ALAN B. HANDLER
DOUGLAS T. HAGUE
MYRON ROSNER
R. BENJAMIN COHEN

COUNSEL
DAVID P. PEPE
SUZANNE B. O'DONOHUE
RISA A. KLEINER
RUTH D. MARCUS
RICHARD J. BYRNES
JAY V. SURGENT
JAMES P. LUNDY
ELIZABETH FARLEY MURPHY

JAMES E. TONREY JR.
DEIRDRE WOULFE PACHECO
ROBERTO BENITES
JONATHAN J. BART
YVONNE MARCUSE
ABBY RESNICK-PARIGIAN
BRIAN KALVER
ELLEN TORREGROSSA-O'CONNOR
AMANDA F. SHECHTER
BARBARA J. KOONZ
DAVID S. MESSER

ASSOCIATES
LINDA LASHBROOK
LORETTA KIRSCH DRIVES
ELIZABETH C. DELL
NANCY A. SLOWE
KELLY A. ERHARDT-WOJIE
JEFFREY J. BROOKNER
DAWN E. MAGUIRE
FRANCINE E. TAJFEL
RONALD P. COLICCHIO
DANIEL M. BERVISS
ALOCKTINA WEBB
TODD E. LEHDER
JOHN C. HOGAN
DONNA A. McBARRON
DANIEL R. WASP
JOHN P. MURDOCH II
ANNA MARIA TEJADA
MARY H. SMITH
EDWARD J. ALBOWICZ
ANNA L. MONFORTH
THOMAS P. KELLY
STEPHANIE D. CIRONDA
EVERETT M. JOHNSON
ALEX LYUBARSKY
KEVEN H. FRIEDMAN
GREGORY D. SHAFFER
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
DANIEL R. LAPINSKI
LAUREN K. BERSCHLER
MICHAEL F. FRIED
MICHELE C. LEFKOWITZ
DASHIKA R. WELLINGTON

ROBERT L. SELVERS
ERIK C. ACOSTA
ELIZABETH L. BANCROFT
PAMELA K. GOLD-ZAFRA
ALYSON M. LEONE
JULIE A. DEMAREE
VINCENT CHENG
MICHAEL J. WEISCUTZ
JONATHAN M. BUSCH
JAMIE M. BENNETT
MARCELLO DE PERALTA
KEITH L. HOVEY
KRISTEN M. BENEDETTO
JOSEPH J. RUSSELL JR
JON C. POLEVOY
KARA L. PODEL
EMILY D. VAIL
CHERYL E. CONNORS
RUTH A. KAULE
JAMES J. TRACY
CHAD D. SIMON
ANTHONY WILKINSON
DENISA G. CERTSBERG
LOUIS A. GREENFIELD
JULIA A. LOPEZ
GINA A. LEE

✦ Certified Civil Trial Attorney
○ Certified Criminal Trial Attorney
† Certified Matrimonial Attorney
‡ Certified Workers Compensation Attorney
★ National Certified Civil Trial Specialist
  Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted IL
12 Admitted ME

Please reply to:
Woodbridge
Direct Dial: (732) 855-6066
Direct Fax: (732) 726-4735
E-mail: dlapinski@wilentz.com

December 17, 2007

**VIA FACSIMILE** (Fax: 914/390-4085)

Honorable Charles L. Brieant
Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, NY 10601

    Re:    *Longo et al. v. Amer. Honda Motor Co. et al.*,
           Case No. 7:07-cv-09339-CLB (S.D.N.Y.)

Dear Judge Brieant:

    The undersigned attorney and this Firm represent Plaintiffs in the above-referenced action. Pursuant to my telephone conversation with your Deputy, Alice Cama, this letter is to confirm that the briefing schedule pertaining to Defendants' motion to dismiss, a schedule that was previously agreed upon by all parties, shall be as follows:

- Plaintiffs' opposition(s) to motion to dismiss – January 18, 2008;
- Defendants' reply brief(s) – February 8, 2008;
- Return date – February 15, 2008.

#3833067



**WILENTZ
GOLDMAN
&SPITZER P.A.**
ATTORNEYS AT LAW

<u>**VIA FACSIMILE**</u>
Hon. Charles L. Brieant
Re:   *Longo v. Amer. Honda Motor Co.*
December 17, 2007
Page 2

We thank Your Honor for your attention to this matter.

Respectfully submitted,

Daniel R. Lapinski
Counsel for Plaintiffs

Cc:   Robert M. Goodman, Esq.
Eva L. Jerome, Esq.
(both via electronic mail)

#3833530