UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NICHOLAS LONGO and JIBIN THOMAS, individually :
and on behalf of all others similarly situated, : No. 07 Civ. 9339 (CLB) (GAY)
: (ECF Case)
                 Plaintiffs, :
:
: **MOTION TO ADMIT**
    v. : **COUNSEL *PRO HAC VICE***
:
AMERICAN HONDA MOTOR CO., INC. and :
MICHELIN NORTH AMERICA, INC., :
:
                 Defendants. :
------------------------------------------------------------------x

Pursuant to Rule 1.3(C) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Eva L. Jerome, a member in good standing of this Court and of the bar of the State of New York, hereby requests admission, *pro hac vice*, of

    Richard P. Cassetta
    Bryan Cave LLP
    211 N. Broadway, Suite 3600
    St. Louis, Missouri 63102-2750
    T: (314) 259-2000
    F: (314) 259-2020

Richard Cassetta is a member in good standing of the Bars of the States of Missouri and Illinois and of the District of Columbia. There are no pending disciplinary proceedings against Richard ~~Cassetta in~~ any state or federal court.



462846.1

DATED:    January 2, 2008
                New York, New York

                                        Respectfully submitted,

                                        *[signature]*

                                        Eva L. Jerome
                                        Bryan Cave LLP
                                        1290 Avenue of the Americas
                                        New York, NY  10104
                                        (212) 541-2293
                                        eljerome@bryancave.com

/1462846.1