UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

| | |
|---|---|
| NICHOLAS LONGO, individually and on behalf of all others similarly situated, | No. 07 Civ. 9339 (CLB) (GAY) (ECF Case) |
| Plaintiffs, | **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |
| v. | |
| AMERICAN HONDA MOTOR CO., INC., and MICHELIN NORTH AMERICA, INC., | |
| Defendants. | |

------------------------------ x

Upon motion of Richard Cassetta, attorney for Michelin North America, Inc. ("Michelin") and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Richard P. Cassetta
> Bryan Cave LLP
> 211 N. Broadway, Suite 3600
> St. Louis, Missouri 63102-2750
> T: (314) 259-2000; F: (314) 259-2020
> richard.cassetta@bryancave.com

is admitted to practice *pro hac vice* as counsel for Michelin in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

January 4, 2008
White Plains, NY

_____
United States District/Magistrate Judge

3

/1462847.1