UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NICHOLAS LONGO, individually and on :
behalf of all others similarly situated, :
                         Plaintiffs, :
                                             :    No. 07 Civ. 9339 (CLB) (GAY)
                                             :    (ECF Case)
     v. :
                                             :
AMERICAN HONDA MOTOR CO., INC., and :
MICHELIN NORTH AMERICA, INC., :
                                             :
                     Defendants. :
-----------------------------------------------------------x

### CONSENT ORDER FOR STAY PENDING A DECISION BY
### THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

     THIS MATTER came on for hearing on January 4, 2008. Kevin P. Roddy appeared on behalf of Plaintiffs; Richard Cassetta and Eva Jerome appeared on behalf of Defendant Michelin North America, Inc. ("Michelin"), and Brian Kornbrek appeared on behalf of Defendant American Honda Motor Co., Inc. ("American Honda").

     NOW, THEREFORE, pursuant to the agreement reached by counsel for Plaintiffs and Defendants Michelin and American Honda in open court at the January 4, 2008, Case Management Conference and hearing on Defendant Michelin's Motion to Stay Proceedings Pending a Decision by the Judicial Panel on Multidistrict Litigation regarding Michelin's 28 U.S.C. § 1407 motion, the parties hereby stipulate, agree, and request the Court to order the following: (1) the parties shall make the written disclosures required by Fed. R. Civ. P. 26 (a)(1) no later than January 18, 2008; (2) in all other respects, these proceedings are stayed pending a decision by the Judicial Panel on Multidistrict Litigation regarding Michelin's § 1407 motion.

#3834986                                                            1

*Attorneys for Defendant American Honda Motor Co., Inc.:*

GREENBAUM ROWE SMITH & DAVIS LLP

By: _____
      Clifford Brian Kornbrek

Robert Goodman
75 Livingston Avenue
Suite 301
Roseland, NJ 07068-3701
Telephone: (973) 535-1600
Facsimile: (973) 535-1698

Roy Brisbois
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012-2601
Telephone: (213) 680-1800
Facsimile: (213) 250-7900

*Attorneys for Plaintiffs and the Class:*

WILENTZ, GOLDMAN & SPITZER, P.A.

By: 
      Kevin P. Roddy

Daniel R. Lapinski
90 Woodbridge Center Drive
Woodbridge, NJ 07095
Telephone: (732) 636-8000
Facsimile: (732) 855-6117

James C. Shah
Natalie Finkelman Bennett
Nathan C. Zipperian
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883

| | |
|---|---|
| *Attorneys for Defendant American Honda Motor Co., Inc.:* | *Attorneys for Plaintiffs and the Class:* |
| GREENBAUM ROWE SMITH & DAVIS LLP | WILENTZ, GOLDMAN & SPITZER, P.A. |
| By: _____<br>Clifford Brian Kornbrek | By: _____<br>Kevin P. Roddy |
| Robert Goodman<br>75 Livingston Avenue<br>Suite 301<br>Roseland, NJ 07068-3701<br>Telephone: (973) 535-1600<br>Facsimile: (973) 535-1698 | Daniel R. Lapinski<br>90 Woodbridge Center Drive<br>Woodbridge, NJ 07095<br>Telephone: (732) 636-8000<br>Facsimile: (732) 855-6117 |
| Roy Brisbois<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>221 North Figueroa Street<br>Suite 1200<br>Los Angeles, CA 90012-2601<br>Telephone: (213) 680-1800<br>Facsimile: (213) 250-7900 | James C. Shah<br>Natalie Finkelman Bennett<br>Nathan C. Zipperian<br>SHEPHERD, FINKELMAN, MILLER & SHAH, LLC<br>35 East State Street<br>Media, PA 19063<br>Telephone: (610) 891-9880<br>Facsimile: (610) 891-9883 |

*Attorneys for Defendant Michelin North America, Inc.*

BRYAN CAVE LLP

By: /s/ Richard P. Cassetta
    Richard P. Cassetta

Peter W. Herzog
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

Eva L. Jerome
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-3640

*Attorneys for Plaintiff and the Class, continued:*

James E. Miller
Patrick A. Klingman
Karen M. Leser
SHEPHERD, FINKELMAN, MILLER & SHAH, LLC
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120

Lori E. Andrus
Micha Star Liberty
Jennie Lee Anderson
ANDRUS LIBERTY & ANDERSON LLP
1438 Market Street
San Francisco, CA 94102
Telephone: (415) 896-1000
Facsimile: (415) 896-2249

Mark F. Anderson
KEMNITZER, ANDERSON, OGILVIE & BREWER, LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Facsimile: (415) 861-3151

Thomas D. Mauriello
THE LAW OFFICES OF THOMAS D. MAURIELLO, APC
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 677-1238
Facsimile: (415) 677-1233

Dated: January 10, 2008
White Plains, NY

So Ordered: /s/ Charles Brieant
Hon. Charles L. Brieant
United States District Court Judge

#3834986                                3